UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 24-cr-20584
Hon. David M. Lawson

v.

LAVELLE WILLIAMS,

    Defendant.
_____/

### ORDER DECLARING DEFENDANT COMPETENT TO STAND TRIAL

For the reasons stated in detail on the record on April 22, 2025, **IT IS HEREBY ORDERED** that Defendant Lavelle Williams is competent to stand trial.

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE
    On Behalf of U.S. District Judge,
    David M. Lawson

Dated:  April 22, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 22, 2025, by electronic means and/or ordinary mail.

    s/Holly A. Ryan
    Case Manager
    (313) 234-5126